DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HERIBERTO GAMEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0726

[April 9, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert Meadows, Judge; L.T. Case No. 312022CF000320AXXXXX.

Bryan D. Savy of Bross & Savy, PLLC, West Melbourne, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J. and SHERMAN, JAMES, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***